UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sean Magill,<br><br>    Plaintiff<br><br>vs.<br><br>Directv, LLC,<br><br>    Defendant. | CASE NO.: 5:16-cv-00356-SVW-AS<br><br>JUDGMENT<br><br><br>JS - 6 |

Pursuant to the Offer of Judgment, filed on March 30, 2017, and the Acceptance of Offer of Judgment, filed on March 30, 2017, judgment is entered for Plaintiff, Sean Magill, and against Defendant, DirecTV, pursuant to the conditions set for in the Offer of Judgment.

DATE: _April 19, 2017____

Margo Mead
Clerk of the Court